Nathan Netter, Appellee, v. Marion King, Appellant.
Gen. No. 44,009.

opinion
filed June 16, 1947; released for publication June 30, 1947. O'Brien, Hanrahan & Keogh, for appellant; Richard E. Keogh and John D. Pope, of counsel; Edmund C. Maurer and Maurice L. Davis, for appellee. Opinion by JUSTICE FEINBERG. Not to be published in full.